IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GONZALEZ-HERNANDEZ, Olman :
:
     Petitioner, :
:     Case No. 7:26-cv-00141-WLS-CHW
:     28 U.S.C. § 2241
:
v. :
:
WARDEN, STEWART DETENTION :
CENTER, :
:
     Respondent. :

## NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION

On May 4th, 2026, Petitioner filed a habeas corpus with this Court, challenging his detention in immigration custody at the Stewart Detention Center in Lumpkin, GA (ECF,1). Pursuant to this Court's Order, Petitioner appeared for a custody redetermination hearing before an Immigration Judge.

On May 11th, 2026, the Immigration Judge issued an order denying Petitioner's request for a change in custody status due to failure to show he is not a significant flight risk. Having complied with the Court's directive to seek administrative relief, Petitioner hereby gives notice that this action is voluntarily dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted, this May 19th, 2026.

/s/ Matthew O. Boles
Matthew Boles
GA Bar No. 904287
LA Bar No. 37593

MANJI LAW, P.C.
5745 Lawrenceville Hwy, Tucker, GA 30084
Matt@manjilaw.com
941-524-7913

*Counsel for Petitioner*

SO ORDERED this 20th day
of May, 2026 .

W. Louis Sands, Sr. Judge
United States District Court